UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Christopher S. Barry
1611 Lindenwood DR
Panama City, Florida 32405

VS.                                                                                    CIVIL ACTION NO. 19-CV-3380

David Bernhardt
Acting Secretary
Department of Interior, Agency
1849 C Street, N.W.
Washington, DC 20240

MOTION FOR COURT APPOINTED COUNCIL

On February 10, 2015, Subject filed an EEO Complaint against Department of Interior for lying to OPM Security Investigators which cause the conditional job offer for the position of Director, National Training Policy with the Federal Law Enforcement Training Facility to be rescinded. On September 27, 2019, the EEOC denied Subject a hearing in his case against DOI.

Subject is requesting a court appointed attorney to assist with case. I am currently a 100% Service-Connected Disabled Veteran. My sole source of income is my VA Disability.

Previous EEO case information:
EEOC No. 570-2016-00072X
Agency No. DOIBSEE150598
Appeal No. 0120181813

Christopher S Barry
1611 Lindenwood Dr.
Panama City, Fl 32405
912-250-9633
ChrisBarrySAV@Gmail.Com

26 NOV 2019.

